1

2

3

4

5

6

7

8

9

10

11

12

13

14   YVONNE ANN MARTINEZ,

15

16

17

18

19

20

21

22

23

24

25

26

27

28