**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169, ext. 13
Facsimile:    (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Ms. Yvonne Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  07cr3354-L |
| Plaintiff, ) | |
| v. ) | |
| ) | PROOF OF SERVICE |
| YVONNE ANN MARTINEZ, ) | |
| Defendant. ) | |
| ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Christina McCall, Assistant United States Attorney
    Christina.McCall@usdoj.gov efile.dkt.gc1@usdoj.gov

Respectfully submitted,

/s/    Robert H. Rexrode

Dated: December 25, 2007     **ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com