1  KAREN P. HEWITT
   United States Attorney
2  CHRISTINA M. McCALL
   Assistant United States Attorney
3  California State Bar No. 234139
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6760

6

7  Attorneys for Plaintiff
   United States of America

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11              (HONORABLE M James Lorenz)

                    * * * * * *
12
13  UNITED STATES OF AMERICA,        )
                                     )        Criminal Case No. 07cr3354-L
                    Plaintiff,       )
14                                   )
                                     )
15        v.                         )
                                     )
16                                   )        NOTICE OF NON-COMPLIANCE
                                     )
17  YVONNE ANN MARTINEZ,             )
                                     )
18                  Defendant.       )
    _____ )

19

20       Plaintiff, United States of America, was unable to file electronically due to the United States

21  Attorney's Office Internet system being down.

22       DATED: January 7, 2008            Respectfully submitted,

23                                         KAREN P. HEWITT
                                           United States Attorney
24

25                                         _____
                                           CHRISTINA M. MCCALL
26                                         Assistant United States Attorney

27

28

FILED

08 JAN -8 PM 2: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY