**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169, ext. 13
Facsimile:    (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorneys for Ms. Yvonne Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 07cr3354-L |
|                                      ) | |
|            Plaintiff,                ) | |
|                                      ) | |
| v.                                   ) | **JOINT MOTION TO** |
|                                      ) | **CONTINUE MOTION IN LIMINE HEARING** |
|                                      ) | **AND TRIAL** |
| YVONNE MARTINEZ,                     ) | |
|                                      ) | |
|            Defendant.                ) | |
|                                      ) | |

      **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Robert H. Rexrode III, counsel for Ms. Martinez, along with Assistant United States Attorney Christina McCall, that the motion in limine hearing currently scheduled for March 3, 2008, at 10:00 a.m., and the trial date currently scheduled for March 4, 2008, at 9:00 a.m., be continued to April 21, 2008, at 10:00 a.m., and April 22, 2008, at 9:00 a.m., respectively.  Defense counsel is still conducting investigation relevant to Ms. Martinez's defense.

Dated: February 22, 2008                       /s/ Robert H. Rexrode, III..
                                               **ROBERT H. REXRODE**
                                               Attorney for Mr. Hoze


Dated: February 22, 2008                       /s/ Christina McCall
                                               **CHRISTINA McCALL**
                                               Assistant United States Attorney