1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169, ext. 13
   Facsimile:    (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5
   Attorney for Ms. Yvonne Martinez
6

7
                         UNITED STATES DISTRICT COURT
8
                       SOUTHERN DISTRICT OF CALIFORNIA
9
                        (**HONORABLE M. JAMES LORENZ**)
10
   UNITED STATES OF AMERICA,        )   CASE NO.  07cr3354-L
11                                   )
              Plaintiff,             )
12 v.                                )
                                     )   PROOF OF SERVICE
13 **YVONNE MARTINEZ**,              )
                                     )
14            Defendant.             )
                                     )
15 _____   )   _____

16
       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best
17
   of his information and belief, and that a copy of the foregoing document has been served via
18
   CM/ECF this day upon:
19

20     Christina McCall, Assistant United States Attorney
       christina.mccall@usdoj.gov efile.dkt.gc2@usdoj.gov
21

22

23                              Respectfully submitted,

24                              /s/    Robert H. Rexrode

25 Dated: February 22, 2008      **ROBERT H. REXRODE, III**
                                 Attorney for Defendant
26                               robert_rexrode@rexrodelawoffices.com

27

28