UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr3354-L |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CONTINUE MOTION IN LIMINE HEARING AND TRIAL** |
| YVONNE MARTINEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the parties request to continue that the motion in limine hearing currently scheduled for March 3, 2008, at 10:00 a.m., and the trial date currently scheduled for March 4, 2008, at 9:00 a.m., be continued to April 21, 2008, at 10:00 a.m., and April 22, 2008, at 9:00 a.m., respectively.

**IT IS SO ORDERED.**

DATED: February 22, 2008

_____
M. James Lorenz
United States District Court Judge