KAREN P. HEWITT
United States Attorney
CHRISTINA M McCALL
Assistant United States Attorney
California State Bar No. 234139
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6760

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORIGINAL**

FILED
APR 2 1 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>YVONNE ANN MARTINEZ,<br><br>   Defendant. | Case No. 07CR3354-L<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christina M. McCall, Assistant United States Attorney, and defendant YVONNE ANN MARTINEZ, by and through and with the advice and consent of defense counsel, Robert Rexrode, Esq., that:

1.   Defendant agrees to execute this stipulation on or before the change-of-plea hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to count 4 of the Indictment charging defendant with a non-mandatory minimum count of Bringing in Illegal Aliens Without Presentation, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2.

//
//
//

2.  Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government prior to the disposition date set by the Court.

3.  The material witnesses, Guadalupe Cid-Escalante and Maria Juarez-Ceron, in this case:

   a.  Are aliens with no lawful right to enter or remain in the United States;

   b.  Entered or attempted to enter the United States illegally on or about November 16, 2007;

   d.  Were each paying, or having others pay on their behalf, money to defendant or others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

   e.  May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4.  After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a.  The stipulated facts set forth above shall be admitted as substantive evidence;

   b.  The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

   c.  Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

5.  By signing this stipulation and joint motion, defendant certifies that defendant has

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Yvonne Ann Martinez                    2                          07CR3354-L

1  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
2  further that defendant has discussed the terms of this stipulation and joint motion with defense
3  counsel and fully understands its meaning and effect.
4    Based on the foregoing, the parties jointly move the stipulation into evidence and for the
5  immediate release and remand of the above-named material witness(es) to the Department of
6  Homeland Security for return to their country of origin.
7    It is STIPULATED AND AGREED this date.

8                     Respectfully submitted,

9                     KAREN P. HEWITT
                      United States Attorney
10
11  Dated: 4-21-08

                      CHRISTINA M. McCALL
12                    Assistant United States Attorney

13
    Dated: 4/20/08
14
                      ROBERT REXRODE
                      Defense Counsel for Yvonne Ann Martinez
15
16  Dated: 4/20/08
                      YVONNE ANN MARTINEZ
17                    Defendant

18
19
20
21
22
23
24
25
26
27
28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Yvonne Ann Martinez        3                          07CR3354-L

**ORDER**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: *April 21, 2008*

United States ~~Magistrate~~ Judge
*District Court*

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Yvonne Ann Martinez        4        07CR3354-L