# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **07CR3354** |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. _____ |
| **Yvonne Martinez** ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **4/22/08** the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ _____ Defendant released on $ **15,000** bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY